PROB 35
(Rev. 5/01)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.  Crim. No. CR204-00030-001

Douglas Kipp

On February 8, 2005, the above-named was placed on probation for a period of one year. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Douglas Kipp be discharged from probation.

Respectfully submitted,

*Barry Bargainnier*
for Philip J. Lyons
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 4th day of August, 2005.

James E. Graham
United States Magistrate Judge